■ In the Matter of JASMINE A. and Others, Children Alleged to be Neglected. ALBERT G., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent. [992 NYS2d 417]—

Order, Family Court, New York County (Clark V. Richardson, J.), entered on or about August 12, 2013, which, after a fact-finding hearing, found that respondent father neglected the subject children, unanimously affirmed, without costs.

The finding of neglect is supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]). The record shows that respondent repeatedly allowed the mother to return to the family home despite his awareness of the mother's history of drug use and the history of domestic violence. Additionally, respondent permitted the mother to return to the home in violation of an existing order of protection (*see Matter of Diamond Tyneshia B. [Aisha K.]*, 109 AD3d 740 [1st Dept 2013], *lv denied* 22 NY3d 855 [2013]).

The children's out-of-court statements regarding the mother's history of violence against respondent, were cross-corroborated by each others' statements, by their statements to petitioner agency's caseworkers, and by respondent's own statements (*see Matter of Alex R. [Maria R.]*, 81 AD3d 463 [1st Dept 2011]; Family Ct Act § 1046 [a] [vi]). Concur—Mazzarelli, J.P., Renwick, Andrias, Richter and Feinman, JJ.